## ALLEN v. THE STATE.

HINES, J. The judgment which the defendant sought to have arrested having this day been set aside by this court, upon the defendant's motion for a new trial (ante 669), the questions for decision in this case have become moot, and the bill of exceptions is for that reason dismissed.        *Writ of error dismissed. All the Justices concur.*

RUSSELL, C. .J., concurring specially. I agree that if the court had had jurisdiction to grant a writ of error by certifying a second bill of exceptions, the result reached would be a correct conclusion. However, under my view the power of the lower court was exhausted in certifying the prior bill of exceptions, and the proper practice would require a dismissal of the bill of exceptions.

No. 5849. SEPTEMBER 7, 1927.

Criminal Law, 17 C. J. p. 24, n. 1, 3; p. 203, n. 85.

## FOX MANUFACTURING COMPANY v. CITY OF ATLANTA et al.

RUSSELL, C. J. Under the provisions of a municipal ordinance which lays a special license tax of $75 per annum upon furniture factories in the city, the owner of two of such factories is liable for the prescribed tax on each of them, in the same manner as if each were the property of a different owner. The fact that provision is made in the tax ordinance for an additional tax of $1 per $1000 upon the gross sales by such factories, in excess of the gross annual sales of $50,000 permitted by the $75 license fee, has no bearing upon the question here involved, nor does it in any wise affect or lessen the liability of the owner of two or more furniture factories to pay the prescribed occupation tax.

*Judgment affirmed. All the Justices concur.*

No. 5587. SEPTEMBER 8, 1927.

Petition for injunction. Before Judge Howard. Fulton superior court. July 8, 1926.

W. B. Cody and· Candler, Thomson & Hirsch, for plaintiff.

J. L. Mayson and C. S. Winn, for defendants.

Licenses, 37 C. J. p. 218, n. 66; p. 249, n. 42 New.